JOSEPH SYMONSKY, APPELLANT, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, RESPONDENT.

Submitted October 29, 1926—Decided January 31, 1927.

On appeal from the Supreme Court, whose opinion is reported in 102 *N. J. L.* 271.

For the appellant, *Collins & Corbin.*

For the respondent, *William A. Barkalow.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MINTURN, BLACK, KATZENBACH, LLOYD, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   10.

*For reversal*—None.